UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALWYN KALLIGHERI,
    Plaintiff,

v.                                              CIVIL ACTION NO. 04-12430DPW

ANTONIO ARCOS, MARTIN DILIEGRO
and CARL BORGIOLI,
    Defendants

### CERTIFICATION PURSUANT TO L.R. 16 1(D)(3)

The defendant, Antonio Arcos, and his counsel certify that they have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution pursuant to Local Rule 16.4.

_____
Antonio Arcos

_____
James W. Simpson, Jr. BBO#634344
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305