UNITED STATES OF DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12430DPW

| | |
|---|---|
| ALWYN KALLIGHERI ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| ANTONIO ARCOS, ) | |
| MARTIN DILIEGRO and ) | |
| CARL BORGIOLI ) | |
|     Defendants ) | |
| ) | |

MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
PURSUANT TO L.R. 7.1(3)

Defendants in the within case filed a Notice of Removal in this Court on November 15, 2004. Plaintiff filed his Motion To Remand Action To The Essex Superior Court; or, In the Alternative, Remand the State Claims and Stay Proceedings Of The Federal Claim, with Request for Oral Argument on December 6, 2004. Defendants' opposition was served on Plaintiff on December 8, 2004.

In the said opposition, Defendants have referred to the non-existence of case law interpreting the Massachusetts Right of Privacy statute in an effort to persuade this Court of the illegitimacy of Plaintiff's privacy invasion claim and against remanding the within case. As Defendants are inaccurate in their assertion, Plaintiff hereby moves for leave to file the Reply Memorandum submitted herewith, so that the Court is properly apprised.

                                                          Plaintiff,
                                                          Alwyn Kalligheri,
                                                          By his attorney,

                                                          /s/ Nelson P. Lovins
                                                          Nelson P. Lovins, Esquire BBO#306020
                                                          Lovins & Metcalf
                                                          Ten Cedar Street
                                                          Woburn, MA 01801
                                                          781-938-8800