UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALWYN KALLIGHERI,<br>Plaintiff<br><br>v.<br><br>ANTONIO ARCOS,<br>MARTIN DILIEGRO<br>and CARL BORGIOLI,<br>Defendants | CIVIL ACTION NO. 1:04-cv-12430 |

## CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

I, Nelson P. Lovins, counsel for the Plaintiff, hereby certify that I conferred with defense counsel, James W. Simpson, Jr., and attempted in good faith to resolve or narrow the issues presented in the within Plaintiff's Motion to Remand Action to the Essex Superior Court; or, In the Alternative, Remand State Claims and Stay Proceedings of the Federal Claim.

Nelson P. Lovins, BBO# 306020
Carolyn M. Turner, BBO#561018
Lovins & Metcalf
Ten Cedar Street
Woburn, MA 01801
781-938-8800

Date: December 6, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon James W. Simpson, Jr., Esq., counsel of record for the defendants, by first class mail, postage pre-paid, on December 6, 2004.

Nelson P. Lovins, Esq.