UNITED STATES OF DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12430DPW

ALWYN KALLIGHERI )
    Plaintiff )
)
v. )
)
ANTONIO ARCOS, )
MARTIN DILIEGRO and )
CARL BORGIOLI )
    Defendants )

CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

    The plaintiff, Alwyn Kalligheri, and his counsel certify that they have conferred and discussed the establishment of a budget for the course of conducting litigation in the above captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution pursuant to Local Rule 16.4

_____
Alwyn Kalligheri

_____
Nelson P. Lovins, BBO#306020
Lovins & Metcalf
Ten Cedar Street
Woburn, MA 01801
781-938-8800