UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALWYN KALLIGHERI,
    Plaintiff,

v.                                                               CIVIL ACTION NO. 04-12430DPW

ANTONIO ARCOS, MARTIN DILIEGRO
and CARL BORGIOLI,
    Defendants

## DEFENDANTS, CARL BORGIOLI ANTONIO ARCOS MARTIN DILIEGRO ANSWER AND JURY CLAIM

The defendants, Antonio Arcos, Carl Borgioli, and Martin Diliegro, hereinafter "defendants" answer the plaintiff's complaint as follows:

1. The defendants neither admit nor deny the allegations contained in paragraph 1 as same is a statement of introduction. To the extent that factual allegations are asserted therein, the defendants deny same.

2. The defendants neither admit nor deny the allegations contained in paragraph 2 as same is a statement of jurisdiction. To the extent that factual allegations are asserted therein, the defendant deny same.

3. The defendants neither admit nor deny the allegations contained in paragraph 3 as same is a statement of venue. To the extent that factual allegations are asserted therein, the defendant deny same.

4. The defendants have insufficient information to either admit or deny the allegations contained in paragraph 4.

5. The defendants admit the allegations contained in paragraph 5.

6. The defendants admit the allegations contained in paragraph 6.

7. The defendants admit the allegations contained in paragraph 7.

8. The defendants admit that a search was performed of the referenced location on the date alleged. The defendants deny the remaining allegations contained in paragraph 8.

9. The defendants admit that evidence was seized as a result of the referenced search and that charges were brought against the plaintiff issued by the Chelsea District Court. The

10.    defendants deny the remaining allegations contained in paragraph 9.
10.    The defendants admit the allegations contained in paragraph 10.
11.    The defendants deny the allegations contained in paragraph 11.
12.    The defendants deny the allegations contained in paragraph 12.
13.    The defendants have insufficient information to either admit or deny the allegations contained in paragraph 13.
14.    The defendants have insufficient information to either admit or deny the allegations contained in paragraph 14.

## Count I

15.    The defendants reassert their responses to paragraphs 1-14 as specifically restated herein.
16.    The defendants deny the allegations contained in paragraph 16.

## Count II.

17.    The defendants reassert their responses to paragraphs 1-16 as specifically restated herein.
18.    The defendants deny the allegations contained in paragraph 18.

19.    The defendants deny the allegations contained in paragraph 19.

## Count III.

20.    The defendants reassert their responses to paragraphs 1-19 as specifically restated herein.
21.    The defendants deny the allegations contained in paragraph 21.

22.    The defendants deny the allegations contained in paragraph 22.

Wherefore, the defendants demand judgment in their favor together with costs and attorneys' fees.

## DEMAND FOR JURY TRIAL

The defendants request a trial by jury on all counts.

## AFFIRMATIVE DEFENSES

### First

The plaintiff has failed to state a claim for which relief may be granted.

### Second

The individual defendants acted objectively reasonably under the circumstances and are qualifiedly immune from liability.

### Third

The plaintiff has failed to commence this action within the applicable statute of limitations and thus his claims are barred.

### Fourth

The defendants acted with probable cause and legal justification.

### Fifth

Any alleged injuries or damages sustained by the plaintiff was caused by his own illegal conduct and not that of the defendants.

### Sixth

Any alleged injuries sustained by the plaintiff were caused by a person or persons for whom the defendants are not legally responsible.

Defendants, Antonio Arcos, and Martin Diliegro, Carl Borgioli,
By their attorneys,

_____
Douglas I. Louison (BBO # 545191)
James W. Simpson, Jr., BBO#634344
MERRICK, LOUISON & COSTELLO
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, James W. Simpson, Jr., hereby certify that on the 14th day of December, 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Nelson P. Lovins, LOVINS & METCALF, Ten Cedar Street, Woburn, MA 01801

_____
James W. Simpson, Jr.,