UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALWYN KALLIGHERI,
    Plaintiff,
v.                                      CIVIL ACTION NO. 04-12430DPW

ANTONIO ARCOS, MARTIN DILIEGRO

and CARL BORGIOLI, Defendants

## JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, the parties have conferred and state as follows:

**1.**    **Joint Discovery Plan and Motion Schedule:**

The parties propose the following pre-trial schedule:

(a)    Automatic document disclosure to be completed on or before February 10, 2005

(b)    All written discovery requests are to be filed by April 30, 2005 and answers\responses are to be according to applicable FRCP;

(c)    Amendments and\or supplements to the pleadings may be filed by May 15, 2005, subject to the provisions of the Federal Rules of Civil Procedure;

(d)    All depositions are to be completed by June 15, 2005; except for depositions of expert witnesses as set forth below;

(e)    The plaintiffs trial experts are to be disclosed with reports by July 5, 2005 and defendants' expert witnesses are to be disclosed with reports 30 days after plaintiff discloses said expert(s) as contemplated by FRCP, Rule 26(a)(2); expert depositions are to be completed by September 15, 2005.

(f)    Notice To Admit Facts to be served by September 20, 2005.

(g)    All discovery, including service of Notice To Admit Facts is to be completed by September 20, 2005, unless shortened or enlarged by Order of this court, taking into consideration whether discovery was delayed due to the necessity for filing of motions to compel and/or for protective orders and whether the same were timely

       filed.

(h)     Motions for summary judgment, are to be filed by October 30, 2005, and responses are to be filed twenty days thereafter pursuant to Local Rule 7.1, and all filings must conform to the requirements of L.R. 56.1;

(i)     A final pre-trial conference to be held between December 1 and 16, 2005.

    Defendants intend to take approximately five (5) depositions during the discovery period. Plaintiff intends to take approximately five (5) depositions during discovery period.

3.     Certifications regarding each parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

4.     The parties have not decided at this time whether or not they agree to proceed before a Magistrate judge of this Honorable Court.

The Plaintiff, Alvwn Kalligheri,

By his Attorney,

_____
/s/Nelson Lovins, Esq.,
LOVINS & METCALF
Ten Cedar Street
Woburn, MA, 01801
781-938-8800

The defendants, Antonio Arcos
Carl Borgioli,
By their attorneys,

_____
/s/Douglas I. Louison, BBO#545191
James W. Simpson, Jr. BBO#634344
MERRICK, LOUISON & COSTELLO
67 Battervmarch St.
Boston, MA 02110
(617) 439-0305