UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALWYN KALLIGHERI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTONIO ARCOS, MARTIN )<br>DILIEGRO, AND )<br>CARL BORGIOLI )<br>)<br>Defendants. )<br>) | Civil Action No. 04-12430-DPW |

### ASSISTANT DISTRICT ATTORNEY LYONS'
### MOTION TO QUASH THE SUBPOENA

Now comes Assistant District Attorney Judith Lyons and hereby moves to quash the subpoena requiring her to appear to testify at a deposition in the above-entitled matter. As grounds therefor, ADA Lyons states that the plaintiff seeks her testimony on matters that are either privileged and exempt from disclosure or cumulative of information of which the plaintiff already has possession. In support of this motion, ADA Lyons has attached a memorandum of law.

WHEREFORE, for the foregoing reasons, ADA Lyons requests that this Court quash the subpoena. In the alternative, ADA Lyons requests this Court to enter an appropriate protective order in her behalf.

|  |  |
|---|---|
|  | Respectfully submitted |
|  | For Assistant District Attorney |
|  | Judith Lyons, |
|  |  |
|  | THOMAS F. REILLY |
|  | Attorney General |
|  |  |
|  | /s/ Eva M. Badway |
|  | Eva M. Badway |
|  | Assistant Attorney General |
|  | Criminal Bureau |
|  | One Ashburton Place |
|  | Boston, Massachusetts 02108 |
|  | (617) 727-2200, ext. 2824 |
| Dated: May 5, 2005 | BBO # 635431 |

Certificate of Compliance with Local Rule 7.1(A)(2)

    I certify that pursuant to Local Rule 7.1(A)(2), I telephoned plaintiff's counsel and left a message on his answering service that I was filing this motion.

                                                         /s/ Eva M. Badway
                                                         Eva M. Badway