UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALWYN KALLIGHERI ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTONIO ARCOS, MARTIN ) <br> DILIEGRO, AND ) <br> CARL BORGIOLI ) <br> ) <br> Defendants. ) | Civil Action No. 04-12430-DPW |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

1. Docket Sheet, *Commonwealth v. Alwyn Kalligheri*, Chelsea District Court, 0314CR000705.

2. Chelsea District Court Transcripts of the Suppression Hearing, pages 67-69.

        Respectfully submitted
        For Assistant District Attorney
        Judith Lyons,

        THOMAS F. REILLY
        Attorney General

        /s/ Eva M. Badway
        Eva M. Badway
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2824

Dated: May 5, 2005        BBO # 635431