SCANNED

DATE: _____

BY: _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALWYN KALLIGHERI )<br><br>Plaintiff, )<br><br>v. )<br><br>ANTONIO ARCOS, MARTIN )<br>DILIEGRO, AND )<br>CARL BORGIOLI )<br><br>Defendants. ) | Civil Action No. 04-12430-DPW |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

1.  Docket Sheet, *Commonwealth v. Alwyn Kalligheri*, Chelsea District Court, 0314CR000705.

2.  Chelsea District Court Transcripts of the Suppression Hearing, pages 67-69.

Respectfully submitted
For Assistant District Attorney
Judith Lyons,

THOMAS F. REILLY
Attorney General

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: May 5, 2005