UNITED STATES OF DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALWYN KALLIGHERI )<br>    Plaintiff )<br> )<br>v. )<br> ) CIVIL ACTION NO.:  04-12430DPW<br>ANTONIO ARCOS, )<br>MARTIN DILIEGRO and )<br>CARL BORGIOLI )<br>    Defendants )<br> ) | |

OPPOSITION OF THE PLAINTIFF, ALWYN KALLIGHERI, TO MOTION OF DEPONENT,
JUDITH LYONS, ADA, TO QUASH OR FOR PROTECTIVE ORDER
AND REQUEST FOR ORAL ARGUMENT

The plaintiff, Alwyn Kalligheri, hereby opposes the motion of Judith Lyons, Assistant District Attorney, to quash a subpoena or for a protective order.

As grounds for this opposition, as set forth in greater detail in the accompanying memorandum filed herewith, Kalligheri states that no privilege applies in the circumstances of this case, for the following reasons:

1. The anticipated examination is narrowly focused and does not threaten to entrench on the subject matters that are protected by the privileged cited by Lyons.

2. The testimony is necessary to prevent defendant Antonio Arcos from committing a fraud on this Court, and it cannot reasonably be obtained elsewhere.

3. In addition, the conversation that is the intended subject of the deposition has already been disclosed by the Commonwealth, and any privilege that might otherwise attach has been waived.

REQUEST FOR ORAL ARGUMENT

Kalligheri respectfully requests oral argument on the within matter.

                                ALWYN KALLIGHERI
                                By his attorneys,


                                /s/ Nelson P. Lovins_____
                                Nelson P. Lovins Mass BBO# 306020
                                Paul M. Rezendes Mass BBO# 417850
                                Lovins & Metcalf
                                Chestnut Green, Suite 22
                                Ten Cedar Street
                                Woburn, MA 01801
                                (781)938-8800
                                nlovins@lovinslaw.com

Dated:  May 17, 2005