UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALWYN KALLIGHERI  )<br>  )<br>　　　　Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ANTONIO ARCOS, MARTIN  )<br>DILIEGRO, AND  )<br>CARL BORGIOLI  )<br>  )<br>　　　　Defendants.  )<br>  ) | Civil Action No. 04-12430-DPW |

## ASSISTANT DISTRICT ATTORNEY LYONS' MOTION
## TO RESCHEDULE HEARING SET FOR JUNE 1, 2005

Now comes Assistant District Attorney Judith Lyons, through counsel, and hereby respectfully moves this Court to reschedule the hearing on the motion to quash set for Wednesday, June 1, 2005 to Monday, June 6, 2005 at 10:00 a.m.. In support of this motion the respondent states:

1.  Undersigned counsel is scheduled to appear at a status conference in the case of *James Garrey v. Timothy Hall*, U.S.D.C. No. 03-10562-NG on June 1, 2005 at 2:30 p.m..

2.  Undersigned counsel has conferred with counsel for the plaintiff, Nelson P. Lovins, counsel for the defendants, James W. Simpson, Jr., and Michelle Rynne, assistant clerk of this Court, and determined that June 6, 2005 at 10:00 a.m. is agreeable to all parties.

3.  Attorney James W. Simpson, Jr. represented to undersigned counsel that he will not be attending the hearing.

**WHEREFORE,** Assistant District Attorney Lyons requests that this Court reschedule the hearing set for June 1, 2005 to June 6, 2005.

                                            Respectfully submitted,

                                            /s/ Eva M. Badway
                                            Eva M. Badway
                                            Assistant Attorney General
                                            Criminal Bureau
                                            One Ashburton Place
                                            Boston, Massachusetts 02108
                                            (617) 727-2200, ext. 2824
Dated: May 26, 2005                              BBO # 635431