UNITED STATES OF DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12430DPW

| | |
|---|---|
| ALWYN KALLIGHERI )  <br>    Plaintiff )  <br> ) <br>v. ) <br> ) <br>ANTONIO ARCOS, ) <br>MARTIN DILIEGRO and ) <br>CARL BORGIOLI ) <br>    Defendants ) <br> ) | |

### ASSENTED TO MOTION TO AMEND COMPLAINT

    Now comes your Plaintiff and moves to amend the Amended Complaint and Jury Demand, with the assent of all Defendants, through the filing of Second Amended Complaint and Jury Demand submitted herewith.

    As grounds for this motion, Plaintiff asserts the following: This action was originally commenced in the Essex Superior Court for violation of the Massachusetts Right of Privacy Statute, M.G.L. c. 214 §1B. The Complaint was subsequently amended to add counts for violation of the Massachusetts Civil Rights statute and 42 U.S.C. 1983. However, as the action was still then pending in the Massachusetts Superior Court, no change in format was made including the basis for jurisdiction. Thereafter, this action was removed to the Federal Court. Plaintiff now submits his Second Amended Complaint and Jury Demand filed herewith to amend matters of form rather than substance.

    WHEREFORE, your Plaintiff requests, with the assent of all Defendants, the allowance of this motion.

                                                             Alwyn Kalligheri,
                                                             By his attorney

ASSENTED TO:

| | |
|---|---|
| /s/ James Simpson, Jr. | /s/Nelson P. Lovins |
| James Simpson, Jr. BBO#634344 | Nelson P. Lovins, BBO#306020 |
| MERRICK, LOUISON & COSTELLO, LLP | LOVINS & METCALF |
| 67 Batterymarch Street | Ten Cedar Street |
| Boston, MA 02110 | Woburn, MA 01801 |
| (617)439-0305 | (781)938-8800 |