# LOVINS & METCALF

Attorneys At Law        Chestnut Green · Ten Cedar Street · Woburn · Massachusetts · 01801 · and Boston

```
                                              (781) 938-8800
                                              (888) 656-8467
                                    FAX       (781) 938-4753
                                    E-MAIL    nlovins@lovinslaw.com
                                    WEB SITE  www.lovinslaw.com
```

November 22, 2005

Honorable Douglas P. Woodlock
United States District Court For
  The District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

   Re: Kalligheri v. Arcos, et al.
     Essex Superior Court No.: 2004-486C

Dear Judge Woodlock:

  In compliance with the requirement to provide a status report on November 22nd, please be advised that discovery has been concluded and the Defendants have chosen not to file dispositive motions.

  While the parties have engaged in settlement discussions, the matter still remains unresolved although the parties are not far apart. Plaintiff is prepared to either mediate or try the matter. I have conferenced my schedule with counsel for the Defendants and we would not be available for a trial prior to June 5, 2005.

           Very truly yours,

           Nelson P. Lovins

NPL/js
Cc: James Simpson, Esquire