UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALWYN KALLIGHERI )<br>    Plaintiff )<br>)<br>v. )<br>)   Civil Action No.: 04-12430DPW<br>ANTONIO ARCOS, )<br>MARTIN DILIEGRO, and )<br>CARL BORGIOLI, )<br>)<br>    Defendants )<br>) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT AND JURY DEMAND (ASSENTED TO BY DEFENDANTS)**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Plaintiff, Alwyn Kalligheri, (hereinafter the "Plaintiff") hereby moves this Court for leave to amend his Third Amended Complaint and Jury Demand filed in this action to include as a defendant, the City of Revere.  A copy of the proposed Third Amended Complaint and Jury Demand is attached hereto as Exhibit A.

In support of his Motion, the Plaintiff states the following.

1. The Complaint in this action arises out of Defendant police officer's illegal search and seizure of Plaintiff and a criminal complaint that ensued.  This matter was originally filed in Massachusetts Superior Court and Defendants subsequently removed the matter to this Federal Court.

2. On March 25, 2003, the Defendants conducted a warrantless search of a bedroom in an apartment at 114 Mountain Avenue in Revere and to which the Plaintiff had a legitimate expectation of privacy.

3. The Defendants seized evidence as a result of the said search and charged the Plaintiff with Drug Possession Class B c94C §34 and Drug Possession Class C c94C §34 by Complaint dated March 26, 2003 issued by the Chelsea District Court and numbered 0314CR000705.

4. Plaintiff filed a Motion to Suppress the seized evidence and the said motion was allowed after an evidentiary hearing on September 9, 2003.

5. The Court found that the search was illegal because there was no probable cause and the alleged consent to the search was invalid, as it was procured through a deliberate misrepresentation by the Defendants that they could obtain a warrant, thereby implying that they had probable cause.

6. On March 19, 2004, Plaintiff presented a Motion To Dismiss the above Complaint 0314CR000705 in the Chelsea District court.

7. The said Motion To Dismiss was allowed on March 19, 2004.

8. At all relevant times to this action, the Defendants were employees of the City of Revere. Because Defendants' actions were conducted during the usual course of their employment with the City of Revere, the City of Revere is liable for the negligent actions of Defendants. It is appropriate, therefore, to add the City of Revere as a Defendant to this lawsuit. In fact, the parties anticipate that this matter will be resolved and voluntarily dismissed from the court if the City of Revere is named as a party to this action.

9. Rule 15(a) of the Federal Rules of Civil Procedure, provides, in part, that a party may amend a pleading with the written consent of the adverse party. The Defendants assent to Plaintiff's Motion for Leave to Amend.

WHEREFORE, based on the foregoing reasons, the Plaintiff, Alwyn Kalligheri, respectfully requests that this Court ALLOW his Motion for Leave to File a Third Amended Complaint, for the purpose of adding the Defendant, the City of Revere, and for including a cause of action for negligence against the City of Revere.

ALWYN KALLIGHERI
By his attorney

/s/ Nelson P. Lovins
Nelson P. Lovins, BBO#306020
Maria Mancini Scott, BBO#630722
LOVINS & METCALF
Ten Cedar Street
Woburn, MA  01801
781-938-8800
Dated May 19, 2006                nlovins@lovinslaw.com

                                                            Assented to by
                                                            ANTONIO ARCOS, MARTIN,
                                                            DILIEGRO, and CARL BORGIOLI,

                                                            By their attorney,

                                                            /s/ James Simpson
                                                            James Simpson, Jr., BBO# 634344
                                                            MERRICK, LOUISON & COSTELLO
                                                            67 Batterymarch Street
                                                            Boston, MA 02110
                                                           (617) 439-0305

Dated:  May 19, 2006