<u>**CERTIFICATE OF SERVICE**</u>

I, Maria Mancini Scott, attorney for the Plaintiff, Alwyn Kalligheri, hereby certify that, on this date, I have served a copy of the attached:

1.    Plaintiff's Motion For Leave To File A Third Amended Complaint and Jury Demand (Assented To By Defendants).
2.    Third Amended Complaint and Jury Demand.

upon the Defendants, Antonio Arcos, Martin DiLiegro, Carl Borgioli and City of Revere, via their attorney, James Simpson, Esquire, Marrick, Louison & Costello, LLP, 67 Batterymarch Street, Boston, MA 02110

/s/Maria Mancini Scott
Maria Mancini Scott, BBO#630722
LOVINS & METCALF
Ten Cedar Street
Woburn, MA  01801
781-938-8800

Dated:  May 19, 2006