UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 JUL 26  P 2: 04

US DISTRICT COURT
MASS

**ALWYN KALLIGHERI,**
    Plaintiff,

v.                                 CIVIL ACTION NO. 04-12430DPW

**ANTONIO ARCOS, MARTIN DILIEGRO
CARL BORGIOLI, and the CITY OF REVERE**
    Defendants

## AGREEMENT FOR JUDGMENT

Now come the parties pursuant to Fed.R.Civ.P. 54(b) and hereby agree to the entry of the following Judgment with respect to those claims against the defendant City of Revere, Antonio Arcos, Martin Diliegro and Carl Borgioli.

1. This action is dismissed with prejudice as to all claims against Antonio Arcos, Martin Diliegro and Carl Borgioli, each party bearing its own costs, including any statutory attorneys fees and costs, and waiving all rights of appeal.

2. Judgment for plaintiff Alwyn Kalligheri, against the defendant City of Revere under only the negligence count pursuant to the Massachusetts Tort Claim Act (M.G.L. Ch. 258) in the amount of Ten Thousand ($10,000.00) dollars, without any other fees, costs or attorney fees and each party bearing its own costs, including any statutory attorneys fees and costs, and waiving all rights of appeal.

| | |
|---|---|
| Plaintiff Alwyn Kalligheri<br>by his attorney,<br><br>_/s/ Nelson Lovins_<br>Nelson Lovins, Esq.,<br>Lovins & Metcalf<br>Chestnut Green<br>Ten Cedar Street<br>Woburn, MA 01801 | The defendants, Antonio Arcos, Martin Diliegro, Carl Borgioli,<br>By their attorney,<br><br>_____<br>James W. Simpson, Jr., Esq.<br>MERRICK, LOUISON & COSTELLO<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

City of Revere
through its attorney,

_____
Paul Capizzi, ~~Assistant~~ City Solicitor
Office of the City Solicitor
281 Broadway
Revere, MA 01251